IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

PAM BELL,

    Plaintiff,

v.                                                Case No.: 3:23-cv-00282

BASSETT DIRECT NC LLC,

    Defendant.

## NOTICE OF SETTLEMENT AND STIPULATION
## FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

      The parties hereby give notice that the parties have reached a tentative settlement, subject to approval of the settlement documents and final terms. Upon executing approved settlement documents, the parties will file the necessary paperwork to dismiss the case with prejudice. Until such time, the parties announce that, pursuant to Local Rules 5.2 and 12.1, the parties have stipulated that Defendant shall have through and including October 3, 2023 to file a responsive pleading to Plaintiff's Complaint, if such extension is necessary. The Complaint was served on August 22, 2023 and a response was initially due on September 12, 2023. In the event the parties are unable to finalize the settlement documents and final terms on or before October 3, 2023, the parties request that Defendant be given an additional twenty-one (21) days from October 3, 2023, from such notice to the Court, to respond to the Complaint.

      Respectfully submitted this 11TH day of September, 2023.

1

RESPECTFULLY SUBMITTED;

*/s/Rebecca J. Hutto*
REBECCA J. HUTTO #39252
Attorney for Plaintiff
208 Adams Avenue
Memphis, Tennessee 38103
(901) 523-1844 – phone
(901) 523-1857 – fax
rebecca@wcwslaw.com

*/s/ Shayna A. Giles*
Shayna A. Giles (BPR No. 36023)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
sgiles@bakerdonelson.com
(901) 526-2000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of September, 2023, the foregoing document is being served this day on all counsel of record identified on the Service List via the Court's CM/ECF System.

*/s/ Rebecca J. Hutto*