UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| PAM BELL, | ) |
| Plaintiff, | ) 3:23-CV-00282-DCLC-DCP |
| vs. | ) |
| BASSETT DIRECT, NC, LLC, | ) |
| Defendant. | ) |

**ORDER**

The parties have filed a Notice of Settlement, informing the Court that they reached a tentative settlement [Doc. 12]. The parties further state that they stipulated to an extension of the time for Defendant to file a responsive pleading through October 3, 2023 [*Id.*, pg. 1]. And they request an additional 21 days beyond October 3, 2023 for Defendant to file a responsive pleading should they be unable to finalize a settlement agreement [*Id.*].

Based on the foregoing, the Court **ORDERS** that the parties shall file a Stipulation of Dismissal on or before October 3, 2023. If additional time is needed, the parties may so notify the Court and request an extension. Defendant's responsive pleading is due not later than October 24, 2023.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge